IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 16-181 |
| | ) **[UNDER SEAL]** |
| ANGELO MASSIE | ) (21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(i), |
|   a/k/a AK | ) 841(b)(1)(C) and 846; 18 U.S.C. §§ |
| RAHEEM BUCHANAN | ) 922(g)(1) and 924(c)(1)(A)(i)) |
| LAMONT BUTLER | ) |
|   a/k/a Choo | ) |
| MARK WATSON | ) |
|   a/k/a Wook | ) |
| RUSSELL JOHNSON | ) |
|   a/k/a Lou | ) |
| THOMAS GRACE | ) |
|   a/k/a TG | ) |
| JASON GREEN | ) |
|   a/k/a Facer | ) |
| JERMAINE THOMPSON | ) |
|   a/k/a Maine | ) |

**FILED**

JUN - 6 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## SUPERSEDING INDICTMENT

### COUNT ONE

The grand jury charges:

From in and around November 2015, and continuing thereafter to in and around September 2016, in the Western District of Pennsylvania and elsewhere, the defendants, ANGELO MASSIE a/k/a AK, RAHEEM BUCHANAN, LAMONT BUTLER a/k/a Choo, MARK WATSON a/k/a Wook, RUSSELL JOHNSON a/k/a Lou, THOMAS GRACE a/k/a TG, JASON GREEN a/k/a Facer, and JERMAINE THOMPSON a/k/a Maine, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1) (A)(i).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The grand jury further charges:

On or about September 1, 2016, in the Western District of Pennsylvania, the defendant, MARK WATSON a/k/a Wook, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

The grand jury further charges:

On or about September 1, 2016, in the Western District of Pennsylvania, the defendant, LAMONT BUTLER a/k/a Choo, did knowingly, intentionally and unlawfully possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

## COUNT FOUR

The grand jury further charges:

On or about September 1, 2016, in the Western District of Pennsylvania, the defendant, LAMONT BUTLER a/k/a Choo, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

The grand jury further charges:

On or about September 1, 2016, in the Western District of Pennsylvania, the defendant, LAMONT BUTLER a/k/a Choo, knowingly did possess a firearm, that is, a Ruger, Model SR40C, .40 caliber pistol, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is possession with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(i) and 841(b)(1)(C), as charged at Counts Three and Four of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SIX

The grand jury further charges:

On or about September 1, 2016, in the Western District of Pennsylvania, the defendant, LAMONT BUTLER a/k/a Choo, after having been convicted of the following crimes, each of which is punishable by imprisonment for a term exceeding one year:

1. Manufacture, Deliver, Possess with Intent to Manufacture or Deliver (two counts), in the Court of Common Pleas, Allegheny County, at Docket Number CP-02-CR-0009942-2010, on or about December 2, 2010;

2. Firearms Not To Be Carried Without a License, Manufacture, Deliver, Possess With Intent to Manufacture or Deliver, and Altered, Forged or Counterfeit Documents, in the Court of Common Pleas, Allegheny County, at Docket Number CP-02-CR-0014199-2004, on or about March 21, 2005; and

3. Manufacture, Deliver, Possess with Intent to Manufacture or Deliver, in the Court of Common Pleas, Allegheny County, at Docket Number CP-02-CR-0015032-1993, on or about June 20, 1994,

did knowingly possess, in and affecting interstate commerce a firearm and ammunition, namely a Ruger, Model SR40C, .40 caliber pistol and .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Six of this Superseding Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p); Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d).

2. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Superseding Indictment, the defendants, ANGELO MASSIE a/k/a AK, RAHEEM BUCHANAN, LAMONT BUTLER a/k/a Choo, MARK WATSON a/k/a Wook, RUSSELL JOHNSON a/k/a Lou, THOMAS GRACE a/k/a TG, JASON GREEN a/k/a Facer, and JERMAINE THOMPSON a/k/a Maine, did acquire gross proceeds in United States currency, thereby subjecting said proceeds to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1).

3. As a result of the knowing commission of the violations of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A)(i), charged in Counts Five and Six of the Superseding Indictment, the firearm and ammunition alleged in those Counts, that is, the Ruger, Model SR40C, .40 caliber pistol, bearing serial number 34388592 and the .40 caliber ammunition, which were involved and used in the knowing commission of those offenses, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

4. If, through any act or omission by the defendants, ANGELO MASSIE a/k/a AK, RAHEEM BUCHANAN, LAMONT BUTLER a/k/a Choo, MARK WATSON a/k/a Wook, RUSSELL JOHNSON a/k/a Lou, THOMAS GRACE a/k/a TG, JASON GREEN a/k/a Facer, and JERMAINE THOMPSON a/k/a Maine, any or all of the property and proceeds

referenced in paragraphs two and three above (hereinafter "the Subject Property"):

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to, or deposited with a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property, proceeds, or funds of the defendants up to the value of the Subject Property referenced above pursuant to Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Sections 924(d)(1)

A True Bill,

_____
Foreperson

_____
SOO C. SONG
Acting United States Attorney
DC ID No. 457268