IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 16-181 **[UNDER SEAL]** |
| JASON GREEN a/k/a Facer | |

## ARRAIGNMENT PLEA

Defendant JASON GREEN a/k/a Facer

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)