IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 16-181

ANGELO MASSIE, ET AL

ORDER

And now this 20th day of _June_, 2017, upon consideration of the motion of the United States of America for an order authorizing it to disclose to defendants copies of the state wiretap applications, affidavits and court orders, as well as the recordings obtained as a result of the electronic surveillance, it is hereby **ORDERED** that the motion is **GRANTED**.

The United States may disclose the wiretap documents and the intercepted communications referenced in the motion identified above to the defendants who are or will be charged in the cases referenced in the motion.

It is further **ORDERED** that the United States and the parties in these criminal cases may use and refer to these wiretap matters in pleadings and otherwise in connection with the criminal cases. However, any documents which have been filed under seal in this matter are to be filed under seal in connection with the criminal cases as well.

It is further **ORDERED** that, with respect to the defendants in criminal cases who are provided copies of these materials:

1.      The materials may not be reproduced or duplicated in any way without prior approval from the District Court for the Western District of Pennsylvania;

2.      The materials herein may not be disseminated to any third party without

prior authorization from the District Court;

3.    Due to the sensitive nature of the materials (including a concern for the safety of government informants and witnesses), the materials may not be left at the Allegheny County Jail, NEOCC, or any other institution of incarceration or jail without further order of court; and

4.    All materials must be returned to the United States Attorney's Office at the conclusion of the criminal cases.

HONORABLE NORA BARRY FISCHER
UNITED STATES DISTRICT JUDGE