IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Nos. |
| | ) | |
| ANGELO MASSIE, et al | ) | 16-181 |
| NORMAN BLACKWELL, et al | ) | 17-142 |

ORDER

AND NOW this 14th day of July 2017, upon consideration of the United States MOTION FOR ORDER PERMITTING INCARCERATED DEFENDANTS ACCESS TO ELECTRONIC DISCOVERY MATERIALS, it is hereby ORDERED that the motion is GRANTED.

At 16-181: **ANGELO MASSIE, RAHEEM BUCHANAN, LAMONT BUTLER, MARK WATSON, RUSSELL JOHNSON, THOMAS GRACE, JASON GREEN, AND JERMAINE THOMPSON**; At 17-142: **NORMAN BLACKWELL AND ROBERT FIELDS** shall be permitted access to the electronic "wiretap" materials at their respective institutions subject to the following provisions:

a. Defendants will not be permitted to maintain the electronic "wiretap" materials (including, but not limited to, audio intercepts, electronic intercepts, call summaries, applications, affidavits, and orders of court) in this case in their living quarters;

b. Defendants will not be permitted to copy or further disseminate the "wiretap" materials in accordance with the Orders of Judge Hornak and Judge Fischer issued September 12, 2016 and June

21, 2017, respectively;

   c. Defendants will only be permitted access to the electronic discovery materials in accordance with the internal security policies regarding use of computers and electronic evidence at the institution where they are being housed;

   d. The United States and/or counsel for defendants charged at 16-181 and 17-142 is authorized to provide the necessary copies of the electronic discovery materials to the computer service personnel at the relevant institutions and/or the Computer Systems Administrator at Federal Public Defender's Office to facilitate the secure access to these sensitive materials by the incarcerated defendants;

   e. The electronic discovery materials must be returned to United States Attorney's Office for the Western District of Pennsylvania upon conclusion of all of the related criminal cases.

   f. This order is intended to apply to all prisons/jails/correctional institutions (including, but not limited to the Allegheny County Jail; North East Ohio Correction Center; Butler County Prison, and Beaver County Prison) where any of the defendants charged at Criminal Case Nos. 16-181 and 17-142 may be housed while in United States Marshals Service Custody in pre-trial detention.

*Nora Barry Fischer*
HONORABLE NORA BARRY FISCHER
United States District Judge